UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARLTON XAVIER MATHEWS,

    Plaintiff,

v.                                              Case No. 5:23cv60-TKW-MJF

WILLIAM PACE,

    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 80) and Defendant's objection (Doc. 81). No response to the objection is needed.

The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that Defendant's motion for summary judgment should be denied because (1) there is a factual dispute as to whether Plaintiff suffered more than a de minimus injury, and (2) punitive damages are not categorically barred by 18 U.S.C. §3626 in civil actions filed by prisoners under 42 U.S.C. §§1983 and 1997e. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's motion for summary judgment (Doc. 65) is **DENIED**.

3. This case is returned to the magistrate judge for further pretrial proceedings, including a settlement conference.

**DONE AND ORDERED** this 3rd day of March, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**